FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2004

at ___3___ o'clock and ___20___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO 02-00201 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND RIDELA, | ) | |
| CARMICHAEL DOAN, | ) | |
| MATTHEW EMSHOFF, | ) | |
| BRIAN RALEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY CONDITIONS OF PROBATION

On March 19, 2004, Defendant Matthew Emshoff ("Defendant") filed

a Motion To Modify Conditions of Probation ("Motion"). Under Federal Rule of

Criminal Procedure 32.1(c)(2)(A), Defendant states that he waives his right to a

hearing on this matter. Defendant's Motion, at 1. Defendant asserts that the court

sentenced him to probation, and one of the conditions of his probation was serving

six weekends in jail. Declaration of Counsel, at 1. In his Motion, Defendant

requests a "modification of his sentence to allow a term of continuous

incarceration that is equivalent to the intermittent weekend incarceration he is presently serving." Defendant's Motion, at 1-2.

Defendant asserts that he believes that the court originally imposed this probation condition in order to enable him to keep his job and prevent unnecessary hardship on his family. Declaration of Counsel, at 1. According to Defendant he is currently on workman's compensation leave from his job, and consequently, his employment status will not be impacted by continuous incarceration. Id. at 2. Moreover, Defendant claims that since he is about to serve his second weekend in jail, continuous incarceration will only minimally impact his family.

Defendant believes that the unusual nature of his sentence is imposing an administrative burden on the Federal Detention Center. Id. at 1. Defendant also states that as a result of his frequent entry and departure, the detention center imposes greater restrictions on him than on other inmates with the same security classification. Id. at 2. Defendant represents that Sydney Fleming from the U.S. Probation Office has verified that he is in full compliance with the terms of his probation. Id. The court GRANTS Defendant's Motion To Modify

Probation Conditions. Defendant will serve the remainder of his term of incarceration continuously.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, ___APR 0 1 2004_____.

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE

United States v. Raymond Ridella, et al., Cr. No. 02-00201 DAE; ORDER
GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF
PROBATION

3