PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2006

at __10__ o'clock and __0__ min. __A__ M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MATTHEW EMSHOFF        Case Number:  CR 02-00201DAE-04

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence:  2/3/2004

Original Offense:   Count 3:  Obstruction of Interstate Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951, a Class C felony

Original Sentence:  Five (5) years probation with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.  Drug testing shall continue at least the first 4 years of probation.  If the defendant remains drug free during that time testing may be suspended during remainder of probation; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; 4) That the defendant shall cooperate in the collection of DNA as directed by the probation officer; 5) That the defendant perform 150 hours of community service as directed by the Probation Office for each of 5 years.  However, if the defendant satisfactorily completes the first 3 years of community service, the remainder 2 years of community service are waived; 6) That the defendant shall maintain full-time employment or shall be a full-time student at an accredited college or university or maintain part-time employment and be a part-time student with at least 6 credit hours per semester through the period of probation; and 7) That the defendant shall serve 6 consecutive weekends of intermittent confinement at the Federal Detention Center - Honolulu commencing Saturday morning and to be released the following Monday morning.  The defendant is to report to the Federal Detention Center on Saturday, 2/14/2004 by 9:00 a.m.

Modification:   On 4/1/2004, an Order Granting Defendant's Motion to Modify Conditions of Probation was filed reflecting that the defendant serve the remainder of his term of incarceration continuously.

Type of Supervision: Probation            Date Supervision Commenced: 2/3/2004

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The purpose of this report is to modify the conditions of the offender's probation so that our office can continue to conduct random drug testing in accordance with U.S. v. Stephens. Additionally, our office would like to inform the Court of the subject's noncompliance with respect to drug testing.

As background information, the offender's supervision commenced on 2/3/2004. On 2/23/2004, the offender began participating in a outpatient substance abuse treatment and testing program at Drug Addiction Services of Hawaii, Inc. The offender successfully completed the counseling component of substance abuse treatment and was discharged on 7/21/2004.

The offender remained in drug testing per Special Condition No. 1 which requires the offender to remain in drug testing for at least the first four (4) years of probation. Additionally, our office was monitoring the offender's use of prescription Vicodin to treat a back injury. Random drug testing ensured that the offender was only using his prescription medication and not any other illicit substances.

Over the past one year period, the offender has incurred a total of two (2) missed drug tests. Specifically, on 5/22/2006 and 6/14/2006, the offender failed to submit to drug testing as instructed. The offender had no valid explanation why he failed to submit to drug testing and he was verbally reprimanded after each incident. The offender has not incurred any more missed drug tests since 6/14/2006. It is worth noting that the offender has never incurred any positive test results for illicit substances while on supervision. In addition, he completed physical therapy for the treatment of his back injury and is no longer taking prescription Vicodin.

Prob 12B
(7/93)

3

      Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse are recommended. Therefore, the proposed modification is warranted to ensure that random drug testing continues but that it is consistent with U.S. v. Stephens.

      The offender has agreed to modify his conditions of probation to include an amended drug testing condition. Attached is a signed Waiver of Hearing to Modify Conditions of Probation. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of probation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

                                Respectfully submitted by,

                                  */s/ Timothy M. Jenkins for:*

                                SYDNEY L. FLEMING
                                U.S. Probation Officer

Approved by:

*/s/ Timothy M. Jenkins*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 9/27/2006

---

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

                                  _____
                                  DAVID ALAN EZRA
                                  U.S. District Judge

                                  9-28-2006
                                  _____
                                  Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

Witness: _____            Signed: _____
SYDNEY L. FLEMING                                              MATTHEW EMSHOFF
U.S. Probation Officer                                              Probationer

6-09-06
Date