NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant 04
Matthew Emshoff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 02-00201 DAE |
|---|---|
| plaintiff, | 18 U.S.C. §1951 |
| v. | |
| Raymond Ridela,<br>Carmichael Doan,<br>Matthew Emshoff,<br>Brian Raley, | MATTHEW EMSHOFF'S MOTION FOR EARLY TERMINATION OF PROBATION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| defendants. | |

MATTHEW EMSHOFF'S MOTION FOR EARLY TERMINATION OF PROBATION

Defendant, through counsel and in accordance with F.R.Cr.P. 18 U.S.C. §§3553 and 3564, respectfully moves for early termination of his 5-year term of Probation, which began 2/11/04. This motion is supported by the attached memorandum and the entire record.

Dated: Honolulu, Hawaii, August 13, 2007.

_____
Stuart N. Fujioka, attorney
for movant