IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>Raymond Ridela,<br>Carmichael Doan,<br>Matthew Emshoff,<br>Brian Raley,<br><br>defendants. | Cr. No. 02-00201 DAE<br><br>18 U.S.C. §1951 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to each of the following, at his or her last known address.

Clare Connors
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850
for the United States of America

U.S. Probation
Sydney Fleming
300 Ala Moana Blvd. C-110
Honolulu, Hi 96850

Dated: Honolulu, Hawaii, August 13, 2007.

_____
STUART N. FUJIOKA

C:\Doc\Fedcrim\2002\emshoff\post-scan\certserv.00a.wpd