IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00201 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW EMSHOFF, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's unopposed Motion for Early Termination of Probation the Court GRANTS Defendant's Motion for Early Termination of Probation.

BACKGROUND

On February 11, 2004, this Court entered judgment against Defendant for obstruction of commerce relating to assistance with robbery of pizza delivery

personnel. Defendant was sentenced to a term of imprisonment of 14 days and probation for five years.

Since then, United States Probation Officer Sydney Fleming has been supervising Defendant and he has been on probation for more than 43 months. On August 13, 2007, Defendant filed the instant Motion to terminate his probation early, which the Government does not oppose.

## DISCUSSION

Because Defendant has been cooperative and in full compliance with the terms of probation, neither Officer Fleming nor the Government objects to Defendant's early termination of probation. After considering the factors set forth under 18 U.S.C. § 3553(a), the unopposed Motion, the reasons provided for early termination, and the length of time that Defendant has been on probation, this Court GRANTS Defendant's Motion pursuant to the Federal Rules of Criminal Procedure 32.1 and 47 and 18 U.S.C. § 3564(c).

## CONCLUSION

For the reasons stated above, the Court GRANTS Defendant's Motion for Early Termination of Probation.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 20, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. Matthew Emshoff</u>, Cr. 04-00201 DAE; ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION