Prob 35
(1/92)

ORIGINAL Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 07 2007

at 7 o'clock and 00 min. A M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.   Criminal No. 02-00201DAE-01

MATTHEW EMSHOFF

On 2/3/2004, the above named was placed on probation for a period of 5 years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 42 months of supervision.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 27th day of August, 2007.

_____
DAVID ALAN EZRA
U.S. District Judge